Voucher manifest below. Please save the following pages for your records.  Check No. 1159027
Pay to: CLERK CLERK U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 11-06291-JJT | 04U-0 | LINDA M BOWERS<br>Original Check written to:<br>NORTHSTAR CAPITAL ACQUISITUIN<br>C/O ZENITH ACQUISITION CORP<br>P.O. BOX 850<br>AMHERST, NY 14226- | 5537 | 2,138.22 | 900.46 | 0.00 | 900.46 |
| 11-06576-JJT | 09U-0 | JOHN BURTON JONES III<br>Original Check written to:<br>RUE EDUCATION<br>150 MCMULLEN BOOTH RD S<br>CLEARWATET, FL 33759 | 5143 | 567.66 | 241.34 | 0.00 | 241.34 |
| 11-07512-RNO | 004-0 | RONALD LEOPOLD SHULDA JR<br>Original Check written to:<br>SOVEREIGN BANK<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | 4244 | 9,384.01 | 765.15 | 0.00 | 765.15 |
| 11-07512-RNO | 027-0 | RONALD LEOPOLD SHULDA JR<br>Original Check written to:<br>SUNDANCE VACATIONS<br>264 HIGHLAND PARK BLVD<br>WILKES-BARRE, PA 18702- | 1344 | 2,373.10 | 227.72 | 0.00 | 227.72 |
| 11-07679-MDF | 02N-0 | WILLIAM JOSEPH EISENHOUR JR<br>Original Check written to:<br>NORTHSTAR CAPITAL ACQUISITION<br>170 NORTHPOINTE PARKWAY<br>SUITE 300<br>AMHERST, NY 14228 | 5397 | 699.86 | 240.10 | 0.00 | 240.10 |
| 11-07989-JJT | 013-0 | GORDON WIGFALL<br>Original Check written to:<br>COUNTRY CLUB OF THE POCONOS<br>718 CYPRESS DR<br>E STROUDSBURG, PA 18302- | | 0.00 | 1,400.00 | 0.00 | 1,400.00 |
| 13-03111-RNO | 005-0 | JOSE M. PABON<br>Original Check written to:<br>ACCOUNTS RECOVERY INC<br>P.O. BOX 6768<br>WYOMISSING, PA 19610- | 131686378 | 233.29 | 15.29 | 0.00 | 15.29 |
| 13-03606-MDF | 999-0 | JOSEPH R. POIST<br>Original Check written to:<br>JOSEPH R. POIST<br>7690 LINCOLN HIGHWAY EAST<br>ABBOTTSTOWN, PA 17301- | | 0.00 | 25,621.63 | 0.00 | 25,621.63 |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

**No. 1159027**

December 06, 2016

PAY** Twenty Nine Thousand Four Hundred Eleven Dollars and 69 Cents**************     AMOUNT**$29,411.69**********

TO THE ORDER OF

VOID AFTER March 06, 2017
Positive Pay Account

CLERK U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA 17108-